AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YONG XUE | ) | Case No. |
| | ) | MAG No. 20-01 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 4, 2019__ in the county of __Jefferson__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DONATO PACIFICO, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/03/2020 @ 1:27 p.m.

_____
*Judge's signature*

City and state: Birmingham, Alabama    Hon. JOHN E. OTT, U.S. MAGISTRATE JUDGE
*Printed name and title*

I, Donato A. Pacifico, being duly sworn, depose and say:

## EXPERIENCE AND BACKGROUND

1. I am a Special Agent with the United States Secret Service. I have been employed in that capacity since June 2018. I have completed Special Agent Training Course at the James J. Rowley Training Center. In addition to basic criminal investigative training, I have completed Criminal Investigator Training at the Federal Law Enforcement Training Center in Glynco Georgia, where I learned to identify firearms and narcotics, conduct investigations, and appropriate methods of search and seizures. Prior to becoming a Special Agent, I was a Norfolk Virginia Police Officer, there, I was a member of the First Patrol Division were I was on the Bike Unit, later transferring to other units such as the Metro Tac team, Swat team, and eventually the Public Housing Unit. I patrolled the City possessing the ability to enforce laws pertaining to the city of Norfolk Virginia.

2. My duties as a Special Agent of the United States Secret Service include investigating financial crimes, to include identity theft, wire fraud, credit card fraud, counterfeit checks, and counterfeit United States currency. I received advanced training in this at the James J. Rowley Training Center in Beltsville, Maryland.

3. The information in this Affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and individuals, and my review of reports and memoranda of other law enforcement officers. The

information in this Affidavit is provided for the limited purpose of establishing probable cause in connection with the criminal complaint charging **YONG XUE** with violating Title 18, United States Code, Section 1343, Wire Fraud, which provides that "[w]hoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both." 18 U.S.C. § 1343.

4. Based on my training and experience as set forth above, I am aware that obtaining money under false pretenses and transmitting said money through interstate commerce via Walmart servers located in Bentonville, Arkansas or Colorado Springs, Colorado, and then to "First Data," the payment processor which services Walmart gift cards through its servers located in either Chandler, Arizona or Omaha, Nebraska, violates Title 18, United States Code, Section 1343.

## THE WIRE FRAUD SCHEME

5.  The Secret Service Financial Crimes Task Force (SSFCTF) is conducting a joint investigation with Walmart Global Investigations concerning an ongoing credit card fraud scheme. The SSFCTF is attached to the United States Secret Service Birmingham Field Office and the investigation is being conducted in Birmingham. The fraud scheme, however, is not localized to the southeastern United States. Instead, the scheme involves a variety of phone and internet scams with victims of these scams located in states across the country. The victims are lured into a scam in one of three known ways:

- Responding to a text message;
- Responding to an email;
- Searching for a particular type of financial service on the internet, inputting basic info (name, phone), where someone contacts them back, presumably from a fraudulent website.

6.  After the initial contact is made, victims are conned into one of many scams. Some of the known scams are:

- Pay off past due credit at a fraction of the cost with Walmart gift cards;
- Money is temporarily wired into the victim's bank account to "prove the account" is real. The victim then sends the "Company" back that money in the form of Walmart gift cards. The wire is either quickly rescinded or is found

to be fraudulent and then canceled;

- Receive a business email with the victim's true supervisors' info in the text of the email signature, that requests the victim quickly go buy Walmart gift cards and send pictures of the gift card numbers for the supervisor to give away at a conference that he or she is attending;

- A Walmart associate is contacted by someone claiming to be from the Home Office in Bentonville or from a company named NCR, which runs all of Walmart's registers/systems. They tell the associate that they are testing that stores system and want them to practice loading a gift card to see if the system reads it correctly. Then to confirm it worked, they have the associate read the gift card information to them over the phone.

7.  Once the victim is defrauded into buying Walmart gift cards and sending pictures of the full gift card number to the exploiters, those gift cards are used around the country within a few hours by "runners" who appear to be of Chinese decent. The majority of runners who have been identified by law enforcement are not U.S. citizens. The runners receive gift card numbers from participants in the wire fraud scheme on their smart phone in the form of a UPC code, often through the "GiftMe App." That UPC code is scanned by the runner at a Walmart register, typically in the self-checkout lane to avoid detection of the fraud, which liquidates the Walmart gift cards by purchasing prepaid debit cards (*i.e.*

Visa/MasterCard Vanilla or AMEX) or other gift cards (*i.e.* iTunes cards, Google Play, Steam, etc.). Once the Walmart gift cards have been converted to another prepaid debit or gift card, the runner takes pictures of the cards and sends them back to others involved in the scheme. That participant then liquidates all of the cards again.

## **YONG XUE'S PARTICIPATION IN THE WIRE FRAUD SCHEME**

8. On December 4, 2019, Walmart Global Investigator Clay Thrasher notified the SSFCTF that a suspect connected with the wire fraud scheme was in the Northern District of Alabama, specifically Hoover, Alabama, liquidating funds that had been fraudulently obtained. The suspect, **YONG XUE**, was rapidly traveling between Walmart and Sam's Club locations with another unidentified Asian male.

9. Based on what I have learned in this investigation, runners involved in the wire fraud scheme do not remain at a Walmart or Sam's Club location for more than 10 or 15 minutes.

10. While Xue was at the Hoover Sam's Club, he used a Sam's Club Membership under the name "Fei Chen" to make fraudulent purchases of gift cards. The investigation has determined that Xue who opened this Sam's Club Membership using a false name in November 2019 in California. On December 4, Xue was in possession of nine fraudulently obtained Walmart Gift Card numbers that were stored on his phone in the form of a UPC bar code. Xue conducted three separate

consecutive transactions in the amounts of $1,858.32, $1,238.88, and $1,858.32, for a total of $4,955.52. All three transactions consisted of several American Express prepaid debit cards that were each loaded with $200 (plus load/transaction fees).

11. During the transactions, another unidentified male stood behind Xue. Video surveillance footage viewed by Walmart Global Investigators and Agents participating in this investigation revealed that the unidentified male had the unloaded American Express prepaid debit cards concealed in his pocket, in an attempt to not draw attention from Sam's Club associates or customers. To complete the transactions, the unidentified male pulled each card out separately and handed them to Xue, as Xue scanned them at the self-checkout register. At the end of each transaction, Xue would activate his smart phone and scan the Walmart Gift Card number (UPC format), thereby depleting all the funds from those nine fraudulently obtained gift card numbers. The total value of the fraudulently obtained nine Walmart Gift Card numbers used by Xue was $4,400.

12. Each time Xue scanned the Walmart Gift Card number (UPC Format), it transmitted a wire from the Sam's Club in Hoover, Alabama to a Walmart Inc. Server, located in Bentonville, Arkansas or Colorado Springs, Colorado. A wire was then sent to First Data servers in either Chandler, Arizona or Omaha, Nebraska. These servers then confirmed the balance of the cards and debited each gift card account number for the amount being used to pay for the transaction. Once that

occurred, interstate wires were sent back to the same Walmart servers in Arkansas or Colorado, which routed the wire communication back to the Sam's Club in Hoover, Alabama.

13. The investigation has determined that eight $500 (for a total of $4,000) Walmart Gift Cards were purchased by Pamela Piard at another Walmart store in Spartanburg, South Carolina, within an hour of the cards being used in Hoover, Alabama by Xue. Pamela Piard was a victim of a phone scam where she was conned into buying Walmart Gift Cards, under false pretenses, and then provided the full Walmart Gift Card number over the phone to a participant in the wire fraud scheme. In furtherance of the scheme, the participant then sent the Walmart Gift Card numbers to Xue to use in Hoover, Alabama.

14. The SSFCTF contacted Pamela Piard on December 20, 2019. Piard advised that she received a voicemail from someone claiming to be from the Social Security Administration (SSA) that alleged a car had been rented in her name. The voicemail asserted the car had been found in Texas and contained blood from a murder scene, and that the murder was tied to a terrorist organization. The voicemail further asserted that the SSA believed that since the terrorist organization was able to rent a car in her name, that all of her finances were in jeopardy of being taken and used by the terrorist organization. Piard made contact with the individual claiming to be from the SSA, and they offered to help Piard "hide" her funds. To do so, the

funds had to be hidden in the form of various gift cards purchased at different retailers (Target, Best Buy, Sephora, and Walmart). Piard purchased the gift cards as instructed, and then provided the individual claiming to be with the SSA with the gift card numbers. Piard was told the SSA would liquidate the cards and put the money in an account for her that she could access at a later date. The individual also provided Piard with a PIN number for the account. Piards communications with this individual occurred over a 24 hour period. Piard was swindled out of about $10,000 total.

15. Walmart Global Investigations has been able to connect Xue and his unknown accomplice to over $50,000 in fraud related to this wire fraud scheme in Florida, Alabama, and Tennessee during December 2019. Although members of the SSFCTF were unable to locate Xue or his accomplice before they left the Birmingham area, Xue was arrested in Pulaski, Tennessee on December 18, 2019, for attempting to conduct identical fraudulent activity with his unknown accomplice at a Walmart store. Xue's accomplice fled the scene prior to being arrested and remains at large. The Sam's Club membership card that Xue used in Hoover, Alabama on December 4 was found on Xue at the time of his arrest.

16. Based on the facts and information presented above, I request a Federal Arrest Warrant for **YONG XUE** for wire fraud in violation of 18 U.S.C. § 1343. FURTHER AFFIANT SAYETH NOT.

_____
DONATO PACIFICO
Special Agent, United States Secret Service

Sworn to and subscribed before me on the ___3rd___ day of ___January___, 2020.

_____
HON. JOHN E. OTT
UNITED STATES MAGISTRATE JUDGE